IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RHONDA HILL WILSON, et. al.,

    Plaintiff

v.

JESSICA K. ALTMAN, et. al.,

    Defendants.

CIVIL ACTION
NO. 19-1549

## ORDER

**AND NOW**, this 5th day of August 2019, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim or for Lack of Subject Matter Jurisdiction (Doc. No. 4), Plaintiffs' Answer in Opposition to the Motion to Dismiss (Doc. No. 7), Defendants' Reply in Further Support of the Motion to Dismiss (Doc. No. 9), the parties supplemental memoranda on Qualified Immunity (Doc. Nos. 14, 15), the arguments of counsel for the parties at the hearing held on June 18, 2019, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 4) is **GRANTED** and the Complaint (Doc. No. 1) is **DISMISSED.**

                    BY THE COURT:

                    /s/ Joel H. Slomsky
                    JOEL H. SLOMSKY, J.